JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | | |
|---|---|---|
| FIFITA, PULUPAKI, | ) | NO. CV 19-08162-JLS(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| W.L. MONTGOMERY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 02/05/2020.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE